**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | | |
|---|---|---|
| **TIMOTHY RESER,** *et al.,* | ) | Case No. 3:20cv01988 |
| | ) | |
| Plaintiffs, | ) | Judge James G. Carr |
| **vs**. | ) | |
| | ) | |
| **ATLAS INDUSTRIES, INC.,** | ) | **ORDER OF DISMISSAL,** |
| | ) | **WITH PREJUDICE** |
| Defendant. | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This cause came to be heard upon the joint stipulation of Plaintiffs and Defendant stipulating and requesting the Court to dismiss this cause, with prejudice.

The Court finds that Plaintiffs and Defendant have settled all claims.  The Court further finds that such dismissal will conclude and close this case. The Court therefore finds the joint stipulation to be well-taken pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and so orders as follows:

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that this cause and all claims therein are dismissed, with prejudice.

**IT IS SO ORDERED.**

s/James G. Carr

**Sr. United States District Judge**